**David J. Otto, Esq.**
**Nevada Bar No.: 5449**
**DAVID OTTO & AFFILIATES, PC**
**1433 North Jones Blvd.**
**Las Vegas, NV  89108**
**Phone 702-419-1222**
**Fax     702-778-3670**
**davidottolaw@yahoo.com**

**Attorneys for Tony Dane**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re Search Warrant for<br><br>1151 Happy Ridge Drive,<br>Front Royal, Virginia<br><br>TONY DANE<br><br>    Movant. | Case No. 2:15-cv-00327-APG-GWF<br><br>**ORDER**<br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE BY DEFENDANT LAS VEGAS METROPOLITAN POLICE**<br><br>(First Request) |

Movant TONY DANE, ("DANE") on the one hand, and the LAS VEGAS METROPOLITAN POLICE DEPARTMENT ("METRO" or "LVMPD" or "Defendant"), on the other hand, by and through their respective counsel of record, hereby stipulate and agree that DANE shall have up to and including March 30, 2015 to reply to LVMPD'S OPPOSITION TO MOVANT'S MOTION FOR RETURN OF SEIZED PROPERTY/REQUEST FOR EVIDENTIARY HEARING/REQUEST FOR UNSEALING OF AFFIDAVIT AND ANY DOCUMENTS USED IN SUPPORT OF SUPPORT OF SEARCH WARRANT EXECUTED IN THE STATE OF VIRGINIA (Doc. No. 5) which was filed on March 10, 2015.

1

This ten day extension was necessitated due to the complex legal issues being researched by counsel for DANE in regard to Jurisdiction over the Res seized in Virginia and now located in Nevada. This is the first request for such an extension.

DATED this 17th day of March, 2015.

| MARQUIS AURBACH COFFING | DAVID OTTO & AFFILIATES, PC |
|---|---|
| /s/ NICK D. CROSBY | /s/ David J. Otto |
| Nick D. Crosby, Esq.<br>Nevada Bar No. 8996<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for LVMPD* | DAVID J. OTTO<br>NEVADA BAR NO. 5449<br>1433 North Jones,<br>Las Vegas, Nevada 89108<br>*Counsel for Movant Tony Dane* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 20, 2015

2